UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, AS TRUSTEE, AND THE
TRUSTEES OF THE BUILDING SERVICE 32BJ
HEALTH FUND, BUILDING SERVICE 32BJ
THOMAS SHORTMAN TRAINING, SCHOLARSHIP
AND SAFETY FUND, AND BUILDING SERVICE
32BJ SUPPLEMENTAL RETIREMENT AND
SAVINGS PLAN,

Plaintiffs,

-against-

JSD CLEANING SERVICES INC.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/23/2026___

25 Civ. 9361 (AT)

**ORDER**

ANALISA TORRES District Judge:

On November 17, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by January 16, 2026.  ECF No. 7.  Those submissions are now overdue.  Accordingly, by **February 17, 2026**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated:  January 23, 2026
        New York, New York

ANALISA TORRES
United States District Judge