UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, AS TRUSTEE, AND THE
TRUSTEES OF THE BUILDING SERVICE 32BJ
HEALTH FUND, BUILDING SERVICE 32BJ
THOMAS SHORTMAN TRAINING,
SCHOLARSHIP AND SAFETY FUND, AND
BUILDING SERVICE 32BJ SUPPLEMENTAL
RETIREMENT AND SAVINGS PLAN,

                                      Plaintiffs,

                 -against-

JSD CLEANING SERVICES INC.,

                                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __3/31/2026__

25 Civ. 9361 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 19, 2026, Plaintiffs filed a pre-motion letter seeking leave to file a First Amended Complaint. *See* ECF No. 19; *see also* ECF No. 19-1 (proposed First Amended Complaint). Plaintiffs state that "Defendant JSD Cleaning Services Inc. has not indicated whether it consents or objects to this anticipated motion." *Id.* at 1. Under Rule III(A)(ii) of the undersigned's Individual Practices in Civil Cases, opposition letters must be submitted within five business days of receipt of the movant's letter. The time for Defendants to respond has now passed. Accordingly, the Court construes Plaintiffs' motion as unopposed, and GRANTS Plaintiffs leave to file their proposed First Amended Complaint. By **April 7, 2026**, Plaintiffs shall file a clean copy of the proposed First Amendment Complaint filed at ECF No. 19-1.

        SO ORDERED.

Dated: March 31, 2026
        New York, New York

_____
        ANALISA TORRES
        United States District Judge