USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, AS TRUSTEE, AND THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING, SCHOLARSHIP AND SAFETY FUND, AND BUILDING SERVICE 32BJ SUPPLEMENTAL RETIREMENT AND SAVINGS PLAN,

Plaintiffs,

-against-

JSD CLEANING SERVICES INC.,

Defendant.

25 Civ. 9361 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Because settlement negotiations appear to be ongoing, *see* ECF Nos. 23–24, and the parties will be filing a proposed briefing schedule on Plaintiffs' anticipated motion for summary judgment on July 16, 2026, *see* ECF No. 25, the case management conference currently scheduled for July 13, 2026 is ADJOURNED *sine die*.

SO ORDERED.

Dated: July 10, 2026
New York, New York

ANALISA TORRES
United States District Judge